Argued July 22, affirmed July 22, 1971

STATE OF OREGON, *Respondent, v.*
JONATHAN ROBERT BECKETT, *Appellant.*
487 P2d 109

*Fred A. Divita,* Eugene, argued the cause for appellant. On the brief were Robert J. McCrea and Mulder, Morrow & McCrea, Eugene.

*W. Michael Gillette,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.